IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and for the use of the<br>TENNESSEE VALLEY AUTHORITY | PLAINTIFF |
| V. | CIVIL ACTION NO. 1:20-CV-108-SA-DAS |
| AN EASEMENT AND RIGHT-OF-WAY<br>OVER 3 ACRES OF LAND, MORE OR LESS,<br>IN OKTIBBEHA COUNTY, MISSISSIPPI,<br>WILLIAM DAVIS HALL, *et al* | DEFENDANTS |

ORDER OF IMMEDIATE POSSESSION

Pursuant to Title 40 United States Code Sections 3114-3118, which authorizes the Court "to give the Government immediate possession of the [condemned] property," *United States v. Miller*, 317 U.S. 369, 381, 63 S. Ct. 276, 87 L. Ed 336 (1943), it is hereby ORDERED that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the Defendants in such action surrender possession of said property to the Tennessee Valley Authority accordingly.

It is SO ORDERED, on this the 2nd day of June, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE